IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF JOSEPH M. STRAUCH, M.D. TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

January 17, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD M. ORSINI.

January 17, 1984.

Petition for certification denied.

MARION E. FOLEY v. AMBICAB, INC. AND NORTHBROOK EXCESS & SURPLUS INSURANCE COMPANY.

January 17, 1984.

ORDERED that the motion for leave to appeal is granted and the order of the Superior Court, Law Division, denying the application of Northbrook Excess and Surplus Insurance Company to intervene in L–2636–81 is summarily reversed; and it is further

ORDERED that the trial in L–2636–81 is stayed pending disposition of the appeal in Foley v. Northbrook Excess and Surplus Insurance Company (A–5482–82T3); and it is further

ORDERED that the Appellate Division is to accelerate consideration of the appeal in A–5482–82T3.